UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 35232
   ALANA N GREER
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-4645
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/02/05 and confirmed on 10/28/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   5921.50 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDIAN FINANCE CO | SECURED VEHIC | 1600.00 | 115.63 | 1600.00 |
| AMERICASH LOANS | UNSECURED | 335.66 | .00 | 59.59 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 186.46 | .00 | 33.10 |
| ASSET ACCEPTANCE CORP | UNSECURED | 844.90 | .00 | 150.00 |
| INDIAN FINANCE CO | UNSECURED | 4789.81 | .00 | 850.36 |

   Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1600.00 | .00 | 6156.83 | .00 | 7756.83 |
| PRINCIPAL PAID | 1600.00 | .00 | 1093.05 | .00 | 2693.05 |
| INTEREST PAID | 115.63 | .00 | .00 | .00 | 115.63 |
| TOTAL PAID | 1715.63 | .00 | 1093.05 | .00 | 2808.68 |

The Debtor's attorney, DAVID M SIEGEL            , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    251.32 .

Refunds to the Debtor totaled $    161.50 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/10/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                                          PAGE   2
        CASE NO. 05 B 35232 ALANA N GREER
```